BEFORE: ARLENE R. LINDSAY      DATE: _Oct 19, 2016_
UNITED STATES MAGISTRATE JUDGE      TIME ON: _2:50_
                              TIME OFF: _3:05_

Case No. _16MJ 936_         Courtroom Deputy: _Robert Imrie_

Criminal Cause for _INITIAL APPEARANCE_

Defendant: _ELMER ALEXANDER LOPEZ_
     Present___     Not Present___     In Custody___   On Bail/Bond___

Attorney: _RANDI CHAVIS (FOR ARRAIGNMENT ONLY)_ Ret'd___ CJA___ FD of NY ✓

AUSA: _PAUL SCOTTI_

Interpreter: _MAYA GRAY (SPANISH)_

ESR Time: _2:54 - 3:02_

✓ Case Called     ✓ Counsel for all sides present.


___ Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.

✓ Order of Detention entered.

___ Temporary Order of Detention entered.

Next Court appearance scheduled for _____

Preliminary Hearing ✓ Waived; ___ Set for _____.

___ Waiver of Speedy Indictment executed from_____ to _____.

___ Defendant waives Speedy Trial from _____ to _____.

NOTES:_____

_____

_____

_____

_____

_____

_____

_____