<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

<u>BEFORE: Bianco,J.</u>         <u>DATE: 12/2/2016</u>     <u>TIME: 11:45 a.m.</u>
                                           <u>TIME IN COURT: 15 minutes</u>

<u>DOCKET NUMBER: CR 16-0403</u>    <u>TITLE: USA v. Edwin Amaya-Sanchez, et al.</u>

<u>DEFT NAME: Elmer Lopez</u>            <u>DEFT: # 1     </u>
<u> X  PRESENT      NOT PRESENT      X   IN CUSTODY       ON BAIL</u>

<u>ATTY. FOR DEFT.:William Wexler (appointed)          </u>
<u> X PRESENT    NOT PRESENT             RET   X C.J.A.</u>
                                      FED. DEF. OF NY, INC.

<u>A.U.S.A. Ray Tierney</u>        DEPUTY CLERK: <u>Michele Savona   </u>

<u>COURT REPORTER:      P. AUERBACH      E. COMBS    X  P. LOMBARDI</u>
<u>   H. RAPAPORT      M. STEIGER       D. TURSI      O. WICKER</u>
<u>   S. PICOZZI</u>

<u>INTERPRETER: Maya Gray  </u>

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X    FIRST APPEARANCE OF DEFENDANT.

      DEFT(S) STATES TRUE NAME TO BE:_____

 X    DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
      NOT GUILTY PLEA TO COUNTS_____OF THE SUPERSEDING INDICTMENT.

____  WAIVER OF INDICTMENT EXECUTED.

____  CASE ADJOURNED TO

____  BAIL CONTINUED FOR DEFENDANT.

 X    DEFT. CONTINUED IN CUSTODY.

____  ORDER OF DETENTION ENTERED.

      ARRAIGNMENT SET FOR _____

 X    SPEEDY TRIAL INFORMATION:
      CODE TYPE: <u> X-        </u>   START DATE:<u>12/2/2016 </u>XSTRT
                               STOP DATE: <u>12/15/2016 </u>XSTOP

 X    NEXT STATUS CONFERENCE SET FOR <u> 12/15/16 at 2:30 p.m.           </u>

      OTHER:_____