CRIMINAL CAUSE FOR ARRAIGNMENT/STATUS CONFERENCE

BEFORE: Bianco,J.          DATE: 12/2/2016       TIME: 11:45 a.m.
                                                 TIME IN COURT: 15 minutes

DOCKET NUMBER: CR 16-0403    TITLE: USA v. Edwin Amaya-Sanchez, et al.

DEFT NAME: Elmer Lopez               DEFT: # 1
 X PRESENT ___NOT PRESENT     X  IN CUSTODY    ___ON BAIL

ATTY. FOR DEFT.: William Wexler (appointed)
 X PRESENT ___NOT PRESENT            RET    X  C.J.A.
                                     ___FED. DEF. OF NY, INC.

A.U.S.A. Ray Tierney           DEPUTY CLERK: Michele Savona

COURT REPORTER:   ___P. AUERBACH   ___E. COMBS    X  P. LOMBARDI
   ___H. RAPAPORT  ___M. STEIGER   ___D. TURSI    ___O. WICKER
   ___S. PICOZZI

INTERPRETER: Maya Gray

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X    FIRST APPEARANCE OF DEFENDANT.

___   DEFT(S) STATES TRUE NAME TO BE:_____

 X    DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
      NOT GUILTY PLEA TO COUNTS_____OF THE SUPERSEDING INDICTMENT.

___   WAIVER OF INDICTMENT EXECUTED.

___   CASE ADJOURNED TO

___   BAIL CONTINUED FOR DEFENDANT.

 X    DEFT. CONTINUED IN CUSTODY.

___   ORDER OF DETENTION ENTERED.

___   ARRAIGNMENT SET FOR _____

 X    SPEEDY TRIAL INFORMATION:
      CODE TYPE:  X-          START DATE: 12/2/2016  XSTRT
                              STOP DATE:  12/15/2016 XSTOP

 X    NEXT STATUS CONFERENCE SET FOR  12/15/16 at 2:30 p.m.

___   OTHER:_____