## CRIMINAL CAUSE FOR ARRAIGNMENT/STATUS CONFERENCE

BEFORE: Bianco,J.          DATE: 12/15/2016     TIME: 3:00 p.m.
                                                TIME IN COURT: 10 minutes

DOCKET NUMBER: CR 16-0403     TITLE: USA v. Edwin Amaya-Sanchez, et al.

DEFT NAME: Edwin Amaya-Sanchez
 X PRESENT   ___NOT PRESENT     X  IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.: Jeffrey Pittell
 X PRESENT   ___NOT PRESENT                ___RET    X C.J.A.
                                           ___FED. DEF. OF NY, INC.

DEFT NAME: Elmer Lopez
 X PRESENT   ___NOT PRESENT     X  IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.:William Wexler (appointed)
 X PRESENT   ___NOT PRESENT                ___RET    X C.J.A.
                                           ___FED. DEF. OF NY, INC.

DEFT NAME: William Castellanos
 X PRESENT   ___NOT PRESENT     X  IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.: Joseph Kilada
 X PRESENT   ___NOT PRESENT                ___RET    X C.J.A.
                                           ___FED. DEF. OF NY, INC.

DEFT NAME: Reynaldo Lopez-Alvardo
 X PRESENT   ___NOT PRESENT     X  IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.:Christopher Cassar
 X PRESENT   ___NOT PRESENT                ___RET    X C.J.A.
                                           ___FED. DEF. OF NY, INC.

DEFT NAME: Jhony Contreras
 X PRESENT   ___NOT PRESENT     X  IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.:John Carman
 X PRESENT   ___NOT PRESENT                ___RET    X C.J.A.
                                           ___FED. DEF. OF NY, INC.

A.U.S.A. John Durham,Paul Scotti, and Ray Tierney

DEPUTY CLERK: Michele Savona

COURT REPORTER:   X   P. AUERBACH    ___ E. COMBS    ___P. LOMBARDI
   ___H. RAPAPORT    ___M. STEIGER    ___D. TURSI    ___O. WICKER
   ___S. PICOZZI

INTERPRETER: Maya Gray

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___   FIRST APPEARANCE OF DEFENDANT.

___   DEFT(S) STATES TRUE NAME TO BE:

| | |
|---|---|
| _X_ | **DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO ALL COUNTS OF THE SUPERSEDING INDICTMENT.** |
| ___ | **WAIVER OF INDICTMENT EXECUTED.** |
| ___ | **CASE ADJOURNED TO** |
| ___ | **BAIL CONTINUED FOR DEFENDANT.** |
| ___ | **DEFT. CONTINUED IN CUSTODY.** |
| ___ | **ORDER OF DETENTION ENTERED.** |
| ___ | **ARRAIGNMENT SET FOR** _____ |
| _X_ | **SPEEDY TRIAL INFORMATION:** <br> **CODE TYPE:** _X-_     **START DATE:** 12/15/2016 XSTRT <br>                 **STOP DATE:** 2/8/2017 XSTOP |
| _X_ | **NEXT STATUS CONFERENCE SET FOR** _2/8/17 at 1:30 p.m._ |
| ___ | **OTHER:** _____ |