UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA

-V-

Amaya-Sanchez, et al

----------------------------------------X

WAIVER OF SPEEDY TRIAL

16-cr-403 (JFB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 15 2016 ★
LONG ISLAND OFFICE

It is hereby stipulated that the time period from 12/15/16 to 2/8/17 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[✓] engagement in continuing plea negotiations;
[ ] examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ] submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or
[✓] Complex case designation.

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [✗] approves this Speedy Trial Waiver [✗] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: 12/15/16
Central Islip, NY

s/ Joseph F. Bianco
Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant # 1: Jhonny Contreras          Counsel: Carman
Defendant # 2: Wilian Castellanos         Counsel: Joseph Kilada
Defendant # 3: Edwin Amaya Sanchez        Counsel: Jeffrey Pittell
Defendant # 4: Reynaldo Lopez-Alvarado    Counsel: Chacko

Defendant # 5: _____   Counsel: _____

Defendant # 6: _____   Counsel: _____

Defendant # 7: _____   Counsel: _____

Defendant # 8: _____   Counsel: _____

Defendant # 9: _____   Counsel: _____

Defendant #10: _____   Counsel: _____

Defendant #11: _____   Counsel: _____

Defendant #12: _____   Counsel: _____